# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-81847-CRJ-7 |
| Greg Warren, | ) | |
| SSN-XXX-XX-0233, | ) | |
|     Debtor. | ) | Chapter 7 |

## APPLICATION BY DEBTOR
## TO EMPLOY SPECIAL COUNSEL

    COMES NOW the undersigned Debtor, Greg Warren, in compliance with 11 U.S.C. Section 327 and Bankruptcy Rules 2014 and 5002, and respectfully represent:

    1. The Debtor and Estate have as an asset a cause of action under the law that can best be liquidated and have enforced through the employment of a special counsel to represent the estate and Debtor, Greg Warren, in settlement or in a civil action. The civil action was filed in the Circuit Court of Cullman County (CV-2018-900188) against Smith Family Tire, Wholesale, LLC. The suit alleges that the Debtor is owed benefits under the Alabama Worker's Compensation Act and that the Debtor is owed damages under a Retaliatory Claim for wrongful termination. The role of the special counsel will be limited to liquidation or enforcement of the claim or cause of action and will not entail any other services for the estate.

    2. The Debtor desires to employ JOSH O'NEAL and the firm of O'Neal and Kilgo, practicing in CULLMAN, AL, ("Counsel") to represent the interests of the Debtor and of this bankruptcy estate in the Debtor's claim for damages. Counsel is a "disinterested person" as that term is defined in Section 101(13) of the Bankruptcy Code and is qualified to act as special counsel in this case.

    3. The fee contract between the attorney and Debtor for this litigation matter is a contingent fee set at 15% of any recovery on the Workman's Compensation suit and 33.33% of any recovery of the Retaliatory Discharge claim, and reimbursement of any out-of-pocket expenses incurred. No fee will be charged if there is no recovery. Counsel acknowledges that neither the Trustee or the estate of the Debtor shall be responsible for payment of any attorney's fees or for reimbursement of any of Counsel's out-of-pocket expenses, and that fees are contingent upon recovery. Counsel further understands and agrees that the fee for his services must be approved by this Court, both as to amount and as to reasonableness.

4. No agreement exists between the Counsel and any other person or entity whatsoever, except the members of Counsel's firm.

WHEREFORE, The Debtor, as applicant, prays that she be authorized to employ JOSH O'NEAL, as special counsel to the Debtor in this case with an effective date of this date, and that he have such other and further relief as is just.

Respectfully submitted this \_\_\_30\_\_\_\_ day of January, 2019.

/s/     Josh O'Neal, Esq.
Attorney for Debtor

**VERIFIED STATEMENT BY ATTORNEY**

Pursuant to Bankruptcy Rule 2014(a), the undersigned hereby states to the Court that he has no connection, financial or otherwise, with the Debtor, the Debtor's creditors, or any other party in interest and that he knows of no conflict or potential conflict of interest with his proposed appointment as special counsel for the Debtor. I acknowledge that my fee is contingent upon recovery, and my fee, if any, and any out-of-pocket expenses, shall be taken solely from any recovery against the defendants in the special litigation. I further acknowledge that the Debtor shall not be responsible for payment of any attorney's fees or for reimbursement of any of special counsel's out-of-pocket expenses in the matter that counsel is handling on behalf of the estate. I further understand that my actual fee must be approved by the Bankruptcy Court on motion and after hearing.

/S/  Josh O'Neal, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the persons or entities set forth below:

Defendant:
Smith Family Tire, Wholesale
c/o Timothy Smith
315 Main Street NW
Hanceville, AL 35077

Plaintiff/Debtor
Gregory Warren
452 County Road 223
Cullman, AL 35057


Plaintiff's Attorney:
Josh O'Neal
200 2nd Avenue SW
Cullman, AL 35055

Debtor's Attorney
Josh O'Neal
200 2nd Avenue SW
Cullman, AL 35055

Richard Blythe, Esq.
Bankruptcy Administrator
U.S. Courthouse and Post Office
400 Wells Street
Decatur, AL 35602

Michelle Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

and all persons and entities listed on the clerk's mailing matrix by depositing same in the United States mail, postage prepaid, this 30 day of January, 2019.

                                                 /s/ Josh O'Neal
                                                 Attorney for Debtor