IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory Scott Warren, | ) | CASE NO. 18-81847-CRJ7 |
| SSN: xxx-xx-0233 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 7 |

**BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION THAT THE DEBTOR'S APPLICATION TO EMPLOY JOSH O'NEAL AND THE FIRM OF O'NEAL AND KILGO, AS SPECIAL COUNSEL NOT BE APPROVED**

Comes now the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the Application to Employ **JOSH O'NEAL AND THE FIRM OF O'NEAL AND KILGO** as Special Counsel filed by the Debtor, states as follows:

1. The Debtor seeks to employ a professional pursuant to 11 U.S.C. §327 to represent the Debtor in a Worker's Compensation Act claim and a claim for damages for wrongful termination. (Doc. #14).

2. The Trustee filed his Report of No Distribution on August 6, 2018. On October 10, 2018, an Order Discharging the Trustee and Closing the Case was entered.

3. On February 14, 2019, the Debtor filed a Motion to Reopen the case and on March 5, 2019, the case was reopened. No trustee has been appointed in the reopened case.

4. Pursuant to 11 U.S.C. §327, the trustee is granted authority to employ an attorney to act as special counsel. The Bankruptcy Code does not grant Chapter 7 debtors the power of a trustee to employ special counsel for the estate.

5. Therefore, the Bankruptcy Administrator recommends that the Debtor's application to employ Special Counsel not be approved as filed.

WHEREFORE, these premises considered, the Bankruptcy Administrator recommends that the Debtor's application to employ special counsel not be approved.

Respectfully submitted 11 March 2019.

J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama

BY: /s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on 11 March 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

Tazewell Shepard, Esq., Via email at taze@ssmattorneys.com

Josh O'Neal, Esq., Attorney for Debtor Via CM/ECF electronic joneal@onealkilgolaw.com

      /s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator