IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Gregory Scott Warren | ) | Case No.: 18-81847-CRJ-7 |
| SSN: xxx-xx-0233 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## MOTION FOR APPROVAL FOR PAYMENT OF PROFESSIONAL FEES

COMES NOW the duly appointed and acting Trustee in the above styled Chapter 7 case, and shows unto the Court as follows:

1. The Court has previously approved the Trustee's application to employ Josh O'Neal, Esq., of O'Neil & Kilgo Attorneys, as Special Counsel.

2. The said professional has now submitted a final bill for services rendered which is attached hereto as Exhibit "A." The total amount requested as payment is $9,846.15, consisting of $8,333.25 in attorney fees, plus expenses totaling $1512.90. Said fees are calculated at 16.666% of the gross settlement amount of $50,000.00. The attorney has not made previous application for payment in this case.

3. No agreement exists between Special Counsel and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

4. This application is brought under the provisions of Sections 327, 328 and 330 of the United States Bankruptcy Code and Bankruptcy Rule 2016.

WHEREFORE, the Trustee requests that the Court:

A. Set a hearing on said requested compensation and expenses; and

B. Enter an Order approving such compensation and expenses and authorizing the Trustee to pay same; and

C. Granting other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of December, 2021.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
*Trustee in Bankruptcy*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing pleading upon those parties listed below and upon those parties as found on the Clerk's Certified Matrix by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid this the 20th day of December, 2021.

| | |
|---|---|
| Josh O'Neal, Esq. | Gregory Scott Warren |
| *Attorney for Debtor* | *Debtor* |
| 200 Second Ave, SW. | 452 County Road 223 |
| Cullman, AL  35055 | Cullman, AL  35057 |
| | |
| Rex W. Slate, Esq. | Smith Family Tire Wholesale |
| *Special Counsel* | *Defendant* |
| Guin, Stokes & Evans, LLC | c/o Timothy Smith |
| 300 N. Richard Arrington, Jr., Blvd | 315 Main Street, NW |
| Title Bldg., Ste. 600 | Hanceville, AL  35077 |
| Birmingham, Alabama 35203 | |
| | |
| Richard M. Blythe, Esq. | |
| *Bankruptcy Administrator* | |
| P.O. Box 3045 | |
| Decatur, AL 35602 | |

                */s/ Tazewell T. Shepard*
                Tazewell T. Shepard
                Bankruptcy Trustee