IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WARREN, GREGORY SCOTT | ) | CASE NO. .18-81847-CRJ-7 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF
POSITION REGARDING CHAPTER 7 FINAL REPORT

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under Title II of the United States Code. This <u>Bankruptcy Administrator's Statement of Position Regarding Chapter 7 Final Report</u> is filed pursuant to that authority.

2. I, Richard M. Blythe, Division Attorney for the Bankruptcy Administrator's Office for the Northern District of Alabama, Northern Division, hereby certify that I have reviewed the final report filed by the trustee in the above styled case and have found no basis upon which to raise any objection or reservation regarding any aspect of the same.

3. NO CLAIMS WERE FILED IN THIS CASE.

4. THIS IS A SURPLUS CASE. AFTER CHAPTER 7 ADMINISTRATIVE CLAIMS ARE PAID IN FULL, THE REMAINING FUNDS WILL BE PAID TO THE DEBTOR.

**SEE COPY OF TRUSTEE'S PROPOSED DISTRIBUTION ATTACHED TO NOTICE OF HEARING ON FINAL REPORT.**

Respectfully submitted this date: September 9, 2022

Bankruptcy Administrator


By: /s/Richard M. Blythe
      Richard M. Blythe
      Division Attorney
      Alabama Bar ID No.: ASB-3199-B52R